ORIGINAL

1 Michael A. Shimokaji (Bar No. 94797)
Larry E. Severin (Bar No. 223409)
2 SHIMOKAJI & ASSOCIATES, P.C.
8911 Research Drive
3 Irvine, CA 92618
(949) 788-9961
4 (949) 788-9969 - fax

5

6 Attorneys for Plaintiff
Tsung-Mou Yu

7

8 THE UNITED STATES DISTRICT COURT

9 CENTRAL DISTRICT OF CALIFORNIA

10 SOUTHERN DIVISION

11

12 Tsung-Mou Yu, an individual ) Civil Action No.: SACV 09-00322
JVSCANx)
13 )
)
14 Plaintiff, ) **COMPLAINT FOR PATENT**
**INFRINGEMENT**
15 )
vs. )
16 ) **DEMAND FOR JURY TRIAL**
17 JOEMEX ELECTRIC CORP., a Taiwan )
corporation, JOEMEX ELECTRICS )
18 AMERICA, INC., a California )
corporation; )
19 )
Defendants. )
20 )
21 )
)
22 Plaintiff Tsung-Mou Yu ("Plaintiff") hereby complains of patent infringement

23 against defendants JOEMEX ELECTRIC CORP. ("JOEMEX TAIWAN") and

24 JOEMEX ELECTRICS AMERICA, INC. ("JOEMEX AMERICA")(collectively,

25 "defendants"), and alleges as follows:

26

27

28

## JURISDICTION AND VENUE

1.      This action arises under the patent laws of the United States, 35 U.S.C. § 100, et seq.  This Court has subject matter jurisdiction under 28 U.S.C. § 1338(a).  Venue is proper in this judicial district under 28 U.S.C. §§ 1391(b),(c) and 1400(b).

## THE PARTIES

2.      Plaintiff, Tsung-Mou Yu is an individual who is a citizen of Taiwan, residing in Taipei, Taiwan.

3.      Upon information and belief, JOEMEX TAIWAN is a corporation existing under Taiwan Law, having their principal place of business in Taipei, Taiwan.

4.      Upon information and belief, JOEMEX AMERICA is a corporation existing under the laws of California, having its principal place of business in Santa Ana, California.  JOEMEX AMERICA is a subsidiary and/or affiliate of JOEMEX TAIWAN.

5.      Upon information and belief, defendants do business in this judicial district, and have committed acts of infringement complained of herein in this judicial district.

## COUNT ONE

## FOR PATENT INFRINGEMENT

6.      Plaintiff realleges and reincorporates the allegations set forth in paragraphs 1 through 5.

7.    This is a claim for patent infringement under 35 U.S.C. §§ 271 and 281.

8.    On June 6, 2000, the United States Patent and Trademark Office duly and lawfully issued U.S. Patent No. 6,072,381 ("'381 patent"), entitled "SMALL-SIZED SIMPLE SWITCH FOR PROTECTING CIRCUIT", listing the Plaintiff Tsung-Mou Yu as the sole inventor.  A true and correct copy of the '381 patent is attached hereto as (Exhibit 1).

9.    Plaintiff is the owner of the entire right, title, and interest in and to the '381 patent (patent-in-suit).

10.    Without authorization from plaintiff, defendants, and each of them, have directly infringed and are currently directly infringing the patent-in-suit by making, using, selling, offering to sell, and/or importing into the United States rocker-actuated, trip-free thermal breaker / power switch with option indicator lamp.    More specifically, the infringing products include the Joemex M1 Series (Exhibit 2), Joemex M2 Series (Exhibit 3), Joemex M2D Series (Exhibit 4), Joemex M5 Series (Exhibit 5), and Joemex MS Series (Exhibit 6).

11.    Without authorization from plaintiff, defendants, and each of them, have contributed to the infringement of the patent-in-suit by others by making, selling, offering to sell, and/or importing into the United States rocker-actuated, trip-free thermal breaker / power switch with option indicator lamp with no substantial non-infringing use.

12.    Upon information and belief, the infringement by defendants has been willful, intentional, and deliberate with full knowledge of the patent-in-suit. This is an exceptional case within the meaning of 35 U.S.C. § 285.

13.    Upon information and belief, plaintiff has been and will continue to be irreparably injured by defendants' infringement of the patent-in-suit, and for which plaintiff has no adequate remedy at law, and such acts will continue unless and until defendants are enjoined therefrom.

14.    Upon information and belief, defendants have derived and received, and will continue to derive and receive, gains, profits, and advantages from the aforesaid acts of infringement in an amount which is not presently known to plaintiff.   By reason of the aforesaid acts, plaintiff has been damaged and is entitled to monetary relief in an amount to be proven at trial.

## PRAYER FOR RELIEF

WHEREFORE, plaintiff prays for judgment in its favor against defendants for the following relief:

A.    For an Order adjudging defendants JOEMEX ELECTRIC CORP. and JOEMEX ELECTRICS AMERICA, INC. to have infringed US Patent No. 6,072,381 under 35 U.S.C. § 271;

B.    For a preliminary and permanent injunction pursuant to 35 U.S.C. § 283 enjoining defendants JOEMEX ELECTRIC CORP. and JOEMEX ELECTRICS

AMERICA, INC.; its officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with them from directly and indirectly infringing US Patent No. 6,072,381;

C.    For an accounting of all gains, profits, any advantages derived by the infringement of US Patent No. 6,072,381 by defendants JOEMEX ELECTRIC CORP. and JOEMEX ELECTRICS AMERICA, INC. and a recovery of the compensatory damages of plaintiff pursuant to 35 U.S.C. § 284;

D.    For an Order adjudging defendants JOEMEX ELECTRIC CORP. and JOEMEX ELECTRICS AMERICA, INC., to have willfully and deliberately infringed US Patent No. 6,072,381;

E.    For increased damages of treble the amount of actual damages pursuant to 35 U.S.C. § 284 for the willful and deliberate infringement of US Patent No. 6,072,381 by defendants JOEMEX ELECTRIC CORP. and JOEMEX ELECTRICS AMERICA, INC.

F.    For an assessment of pre-judgment and post-judgment interest and costs against defendants JOEMEX ELECTRIC CORP. and JOEMEX ELECTRICS AMERICA, INC., together with an award of such interest and costs, pursuant to 35 U.S.C. § 284;

G.    For an Order adjudging this an exceptional case pursuant to 35 U.S.C. § 285;

1        H.    For an award to plaintiff Tsung-Mou You of the attorney's fees incurred

2

3   by it in connection with this action pursuant to 35 U.S.C. §285; and

4        I.    For such other and further relief as this Court may deem just and proper.

5

6

7   DATED:   3/13/09              SHIMOKAJI & ASSOCIATES, P.C.

8

9                               By:

10                                MICHAEL A. SHIMOKAJI

11                                LARRY E. SEVERIN

12                                Attorneys for Plaintiff

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# **JURY DEMAND**

Pursuant to Rule 38(b), F. R. Civ. P., plaintiff hereby demands a jury trial on all issues triable by a jury.

DATED: _3/13/09_

SHIMOKAJI & ASSOCIATES, P.C.

By: _____
    MICHAEL A. SHIMOKAJI
    LARRY E. SEVERIN
    Attorneys for Plaintiff

COMPLAINT FOR PATENT INFRINGEMENT

# Exhibit 1

US006072381A

# United States Patent [19]

## Yu

[11] Patent Number: 6,072,381

[45] Date of Patent: Jun. 6, 2000

[54] SMALL-SIZED SIMPLE SWITCH FOR PROTECTING CIRCUIT

[76] Inventor: **Tsung-Mou Yu**, No. 4, Alley 2, Lane 23, Sec. 13, Pa-Te Road, Pan-Chiao City, Taipei Hsien, Taiwan

[21] Appl. No.: 09/304,780

[22] Filed: **May 4, 1999**

[30]     **Foreign Application Priority Data**

Feb. 12, 1999 [TW] Taiwan ................................. 88202642

[51] Int. Cl.⁷ ........................... **H01H 37/02**; H01H 37/32; H01H 37/46; H01H 37/52

[52] U.S. Cl. ............................... 337/37; 337/333; 337/39; 337/59; 337/85; 337/112; 337/113

[58] Field of Search ..................................... 337/312, 333, 337/37, 39, 59, 85, 337, 1, 3, 12, 14, 16, 62, 66, 68, 72, 75, 79, 89, 101, 111–113; 200/553–557; 29/622

[56]       **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,563,175 | 8/1951 | Kitman | 337/66 |
| 4,337,450 | 6/1982 | Matthies | 337/66 |
| 5,262,748 | 11/1993 | Tsung-Mou | 337/66 |
| 5,498,846 | 3/1996 | Chin | 200/557 |
| 5,539,371 | 7/1996 | Yu | 337/66 |
| 5,694,106 | 12/1997 | Wang | 337/79 |
| 5,760,672 | 8/1951 | Wang | 337/79 |

| | | | |
|---|---|---|---|
| 5,828,284 | 10/1998 | Huang | 337/37 |
| 5,847,638 | 12/1998 | Sorenson | 337/380 |
| 5,892,426 | 4/1999 | Huang | 337/59 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 82204642 | 6/1993 | Romania . | |
| WO 94/17745 | 8/1994 | WIPO | H01H 71/52 |

*Primary Examiner*—Leo P. Picard
*Assistant Examiner*—Anatoly Vortman
*Attorney, Agent, or Firm*—Wood, Herron & Evans, L.L.P.

[57]       **ABSTRACT**

A small-sized simple switch for circuit protection of the present invention is simple in structure and easy to operate, and can be readily switched for safety protection of circuits. An alloy plate of the present invention is highly resilient. When in overload, the alloy plate expands and becomes deformed due to the different thermal expansion coefficient and is deformed upward to become disengaged from a wire connecting pad with which it is originally in contact, causing the switch to be switched from the "ON" condition to the "OFF" condition. The alloy plate pushes a lever pivoted to the moving end of the alloy plate to move up such that the lever pushes one end of a pivoted reset button to move up. A user only has to depress the reset button and the switch will be again in the "ON" condition such that repeated ON/OFF conditions of the protection circuit can be effected. If there is no overload on the circuit, the switch of the present invention will be operated to be in "ON" or "OFF" condition as ordinary switches.

**3 Claims, 7 Drawing Sheets**





EXHIBIT 1    Page 8

**U.S. Patent**          Jun. 6, 2000          Sheet 1 of 7          **6,072,381**



## Fig. 1
### (PRIOR ART)



## Fig. 2
### (PRIOR ART)

EXHIBIT 1     Page 9



### *Fig. 3a*
### (PRIOR ART)



### *Fig. 3b*
### (PRIOR ART)

EXHIBIT 1     Page 10



## *Fig. 4*
### (PRIOR ART)

EXHIBIT 1      Page 11



*Fig. 5a*

EXHIBIT 1     Page 12



*Fig. 5b*

EXHIBIT 1      Page 13



*Fig. 5c*



*Fig. 5d*

EXHIBIT 1     Page 14



## *Fig. 6*

EXHIBIT 1     Page 15

6,072,381

<table>
<tr><td>1</td><td>2</td></tr>
</table>

# SMALL-SIZED SIMPLE SWITCH FOR PROTECTING CIRCUIT

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The small-sized simple switch for protecting circuit of the present invention relates to a circuit protection device which is simple in structure and used to control ON/OFF of a circuit and, in particular, to a switch which automatically trips for circuit protection during power overload and which resets the circuit to the original "ON" condition only after the user depresses a reset button on the switch.

### 2. Description of Related Art

Conventional switches for indoor use or for use on electrical appliances are of the pressing type which effect switching between the closing and opening of a circuit by depressing a switch's ON/OFF button. However, these switches only serve the function of switching between the closing and the opening of a circuit and can not ensure safety for power supply for these switches do not automatically trip or cut off the power supply for circuit protection when a power overload exists.

In U.S. Pat. No. 5,262,748 issued on Nov. 16, 1993 (see FIG. 1), a switch for circuit protection is disclosed in which an n-shaped spring plate 11 springs up when the power is overload and then an alloy plate 13 is moved up by an actuating lever 12, causing contacting points 14, 15 to become disengaged. With this switch, in addition to requiring the n-shaped spring plate 11, another support lever 17 is connected under the center of a pressing portion 16 and a round head 171 of the support lever is embedded in a braking slot 18 so as to control the swing of the support lever 17 back and forth such that both the structure and the operation of the switch are rather complicated. In RON application Pat. No. 82,204,642 published on Jun. 21, 1993 (see FIG. 2), another switch for circuit protection is disclosed in which an arcuated resilient plate 21 is pivoted to a contact spring plate 22 and abuts against an actuating plate 24 when the platinum contacting point 221 of the contact spring plate 22 is in contact with the platinum contacting point 231 of an wire connecting pad 23. The structure of this switch is also complicated. In U.S. Pat. No. 5,760,672 issued on Jun. 2, 1998 (see FIG. 3a), a further switch for circuit protection is disclosed in which no n-shaped spring plate, or arcuated resilient plate is used as disclosed in the previous patents, but an upper supporting lever 32 and a lower supporting lever 33 are provided at a proper distance above and under the arc changing position, respectively, on the disk-shaped bimetal alloy plate 31 in the switch body 50 functioning as a seesaw, which, together with a lever 34 having a tripping space, cause the disk-shaped bimetal alloy plate 31 functioning to trip in both directions, thus effects the closing and opening of the circuit by pushing or pulling actions. Moreover, the alloy plate used in this patent is a relatively complicated disk-shaped bimetal alloy plate 31. As shown in FIG. 3b, the disk-shaped bimetal alloy plate 31 is structured with its central face extending from a free end to a fixing end into a contact spring plate 311, the contact spring plate 311 being provided on the extremity with a platinum contacting point 3111 for contact with the platinum contacting point 312. Then, the disk-shaped bi-metal alloy plate 31 is formed into the configuration with a wider free end and a narrower fixing end (W1>W2). As a result, when the fixing end of the disk-shaped metal alloy plate 31 is reduced to a smaller width (W2), the internal stress causes it to deform into an arcuated dish-like shape, and then, in combination with the upper and lower supporting levers 32, 33, it is possible to effect tripping for circuit protection power current overload. U.S. Pat. No. 5,828,284 issued on Oct. 27, 1998 (see FIG. 4) discloses another safety switch for overload protection. It can be seen from FIG. 4 that a resilient member 41 (a spring) engaging a driving member 42 is used in the switch, the driving member 42 being connected to a pressing portion 43 above and to a lead plate 44 below, such that when the lead plate 44 is overheated and becomes deformed, the pressing portion is pushed up, causing the switch to open for circuit protection. This switch, however, is also rather complicated in that a resilient member and the like are used.

From the foregoing, it can be seen that conventional circuit protection switches are all implemented by using a complicated structure which increases the cost.

## SUMMARY OF THE INVENTION

The object of the present invention is to provide a small-sized simple switch for circuit protection which is simple in structure, easy to operate and inexpensive to manufacture. During normal operation, the switch of the present invention serves to control the closing and opening of a circuit just as a typical switch does. During the power overload, the switch trips to break the circuit for safety protection of the circuit, and the switch can be reset to normal operation by only depressing a reset button and the circuit will remain closed such that the switch of the present invention can be widely used in various electrical appliances to ensure safe power use. To achieve the above object, the on-off switch of the present invention comprises a body having a reset button, the body being provided on the lower end with at least two embedded wire connecting pads, a first wire connecting pad being provided with a silver contacting point; a lever with one end pivoted to one end of the reset button to be pushed or pulled in cooperation with the reset button; a second wire connecting pad, the upper portion thereof being secured to an alloy plate, the other end of the alloy plate being pivoted to the lever and having a silver contacting point; during the power overload, the alloy plate originally in contact with the first wire connecting pad expands and becomes deformed, causing the lever to be pushed up, and the silver contacting point on the first wire connecting pad and the silver contacting point on the alloy plate which are in contact with each other to become disengaged, thus breaking the current for circuit protection.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a side view showing the structure of a conventional switch for circuit protection.

FIG. 2 is a side view showing the structure of another conventional switch for circuit protection.

FIG. 3a is a side view showing the structure of still another conventional switch for circuit protection.

FIG. 3b is a side view showing the structure of the alloy plate used in the switch shown in FIG. 3a.

FIG. 4 is a side view showing the structure of a still further conventional switch for circuit protection.

FIG. 5a is a side view showing the structure of a small-sized simple switch for circuit protection of the present invention in the "OFF" condition.

FIG. 5b is a side view showing the structure of a small-sized simple switch for circuit protection of the present invention in the "ON" condition.

FIG. 5c is a side view showing the structure of the alloy plate used in the small-sized simple switch for circuit protection of the present invention.

EXHIBIT 1     Page 16

6,072,381

3

FIG. 5d is a side view showing the structure of the alloy plate of another configuration used in the small-sized simple switch for circuit protection of the present invention.

FIG. 6 is a side view showing another embodiment of the small-sized simple switch for circuit protection of the present invention.

## DESCRIPTION OF THE PREFERABLE EMBODIMENTS

Referring to FIGS. 5a and 5b, which are side views showing the structure of a small-sized simple switch for circuit protection of the present invention in the "OFF" and "ON" conditions, respectively. The small-sized simple switch for circuit protection comprises a body 50, a reset button 51 being pivotally connected to the upper portion thereof via a pivot 511 and able to swing side to side. A lever 53 is pivotally connected to the left end of the 51 such that the lever 53 can be pushed and pulled relative to each other. A pair of detent portions 52 disposed on two sides of the body 50 are advantageous for the switch to be fixed into any electrical appliance. A pair of wire connecting pad 55, 56 are embedded in the lower face of the body 50 wherein the first wire connecting pad 55 is provided with a silver contacting point 59 and one end of the alloy plate 54 is secured to the second wire connecting pad 56 by means of a rivet 57. The alloy plate 54 is a hollow rectangular structure and the portion secured to the second wire connecting pad is projected into the hollow portion (as shown in FIG. 5c), the other end of the alloy plate 54 is provided with a through hole 542 which is combined with a rivet to form a silver contacting point 58. It can be seen from FIG. 5a that the switch is in the "OFF" condition wherein the reset button 51 is depressed to the right such that the lever 53 is pulled up, causing the silver contacting points 58, 59 to be out of contact, thus bringing the switch into the "OFF" condition. The alloy plate 54 is highly resilient because of its approximately rectangular and hollow structure as shown in FIG. 5c and it is hooked and connected by the lever 53 through a projection 543. When depressing on the reset button 51 to the left, the switch is turned on, causing the connected circuit to be in the "ON" condition and the switch is in the condition as shown in FIG. 5b wherein the lever 53 pushes the alloy plate 54 down, causing the alloy plate 54 to become bent down and bringing the silver contacting point 58 into contact with the silver contacting point 59 on the first wire connecting pad 55 such that the switch is turned on. The alloy plate 54 consists of different alloy materials with different thermal expansion coefficients such that the alloy plate becomes deformed upward due to thermal expansion during the power overload, causing the silver contacting points 58, 59 which are originally in contact with each other to become disengaged, thus causing the switch to be turned "OFF" to achieve the safety protection of the circuit. Then, the alloy plate bends up and deforms due to expansion and pushes the lever 53 such that the reset button 51 changes from the originally left depressed condition to the right depressed condition. The switch can be reset to the turned on condition again only by the user depressing the reset button 51 to the left once more. FIG. 5d shows another configuration of the alloy plate of the present invention wherein the alloy plate is also of a hollow configuration which is different from that

4

shown in FIG. 5c in that the originally disengaged members 54a and 54b are bonded by welding, and the member 54a still has a projection portion 543' for connecting the lever 53, a through hole 542', and a silver contacting point 58' for contacting the silver contacting point 59 on the first wire connecting pad 55. In addition, the member 54b is also provided with a through hole 541' for fixing to the second wire connecting pad 56 by a rivet 57'. In this configuration, an alloy plate which consists of two members bonded together is used instead of the integrally formed alloy plate, which saves material consumption and thus reduces the manufacturing cost.

FIG. 6 shows another embodiment of the present invention wherein a third wire connecting pad 61 is embedded into the lower portion of the body 50 and is connected to a neon lamp 62 by a lead and to the second wire connecting pad, such that when the switch is turned on, the neon lamp is lighten to indicate that the switch is in the "ON" operating condition.

The foregoing illustrates only what are the preferred configurations of the present invention without limiting the scope thereof. It is intended that all the modifications and changes not departing from the spirit of the present invention are considered as equivalent implementation of the present invention and should be covered in the scope as defined in the appended claims.

What is claimed is:

1. A small-sized simple switch for circuit protection comprises a body; a pressing portion being pivotally connected to the upper portion of said body; at least two wire connecting pads being embedded in the lower face of said body, wherein a first wire connecting pad is provided with a silver contacting point; and a lever with an upper end pivoted to one end of the pressing portion to be pushed or pulled in cooperation with the pressing portion; wherein a second wire connecting pad has an upper portion secured to an alloy plate, the other end of the alloy plate being pivoted to the lever and having a silver contacting point; wherein the alloy plate is highly resilient; and that in normal temperature, by depressing the pressing portion, the alloy plate becomes resiliently bent, causing the silver contacting point to be in or out of contact with the first wire connecting pad and the switch is turned on or off through pushing or pulling the lever, and during overload, the alloy plate expands and becomes deformed only due to its own intrinsic resilient forces, causing the lever to be pushed up and the pressing portion to move to its original position, and the silver contacting point on the first wire connecting pad and the silver contacting point on the alloy plate which are in contact with each other to become disengaged, rendering the switch to be in off condition for circuit protection.

2. A small-sized simple switch according to claim 1 further comprising a third wire connecting pad connected to a neon lamp by a lead and to the second wire connecting pad, such that when the switch is turned on, the neon lamp is lighten to indicate that the switch is in the "ON" operating condition.

3. The small-sized simple switch according to claim 1 wherein the body is provided externally with a detent portion for fixing purpose when the switch is assembled.

\* \* \* \* \*

EXHIBIT 1    Page 17

# Exhibit 2


**JOEMEX**



### M1   Series
### Rocker-Actuated, Trip-Free
### Thermal Circuit Breaker/ Power
### Switch With Option Indicator Lamp
### Multiple Patent

## Features

- Compact, trip-free, rocker-actuated design.
- 5 to 20 amp ratings.
- Provides circuit protection and power switching in a single unit.
- Available with optional indicator lamp.
- Snaps into the same cutout as many common power switches.
- Various color, marking and termination options.

## Technical data

| Rated voltage | AC 125/250V   DC 50V |
|---|---|
| Rated current | 5-20 A |
| Interrupt Capacity | 1000A   250V (UL1077) |
| Dielectric strength | AC 1500V (1min) |
| Insulation resistance | ≧100 MΩ, 500VDC |
| Resettable Overload Capacity | Ten times rated current |
| Switch Endurance Cycling | Over 6,000 operations |
| | at rating current |
| Weight: | Approx 10.5g |

## Approval

| Approval & File No. | Rated current range | Rated voltage | |
|---|---|---|---|
| UL  E95802 | 5-20 A | 125/250VAC | 50VDC |
| CCC  2003010307097858 | 5-20 A | 125/250VAC | |
| VDE  40015302 | 5-20 A | 250VAC | |

## Typical Resistance vs. Current Rating @ +25℃

| Current Rating in Amps | Typical Resistance in Ohms | Current Rating in Amps | Typical Resistance in Ohms |
|---|---|---|---|
| 5.0 | 0.05 | 13.0 | 0.020 |
| 7.0 | 0.036 | 15.0 | 0.017 |
| 10.0 | 0.025 | 20.0 | 0.0125 |
| 12.0 | 0.022 | | |

## Mechanical/Environmental Data

Operating Temperature Range:   -10 ℃ to +60 ℃.
Termination:  250"(6.35 mm) quick connects, solder terminals
Mounting: Snaps into 1.122" x. 531" (28.5 X 13.5) panel cutout .

## Time vs. Current Trip Curve@+25℃

### 5~20A Trip Curves



| OVERLOAD | TRIP TIMES |
|---|---|
| 135% | Trip in  a hour |
| 200% | 3.0—40.0 SEC |
| 300% | 1.2—12.0 SEC |
| 400% | 0.6—5.0 SEC |
| 500% | 0.4—2.8 SEC |
| 600% | 0.3—1.5 SEC |
| 800% | 0.15—0.6 SEC |
| 1000% | 0.10—0.4 SEC |

Load Current As A Percent Of Circuit Breaker Rating

Time In Seconds
Trip Curves Are Specified at 25℃/77°F

## Outline Dimensions



JOEMEX
M1 Series
XXA 250VAC
50VDC



## Ambient Compensation Table

| Ambient Temperature In ℃ | Rating Correction Factor | |
|---|---|---|
| | 5-6A Models | 7-20A Models |
| 10 | .80 | .80 |
| 20 | .90 | .90 |
| 25 | 1.00 | 1.00 |
| 30 | 1.10 | 1.05 |
| 40 | 1.25 | 1.15 |
| 50 | 1.61 | 1.25 |
| 60 | 2.15 | 1.40 |

The unit is calibrated for an ambient temperature of +25℃.To determine the rated current for a lower or higher ambient temperature, use a correction factor to the left.

## Recommended Panel Cutout

Panel Hole

1.12
[28.5]

Panel thickness
M1 series circuit breakers accommodate panel thickness from 0.03 in. to 0.118 in.(0.75mm-3.0mm)



**JOEMEX**

## Ordering Information



Typical Part No. ▶   M 1   15-   A   1   1   2   0

**1. Model No.:**
M1=M1 Non Illuminated    M1L=Illuminated

**2. Rating:**
05=5A   06=6A   16=16A   20=20A

**3. Voltage:**
A=125AVC/50VDC   B=250VAC/50VDC   C=24VDC

**4. Terminals:**
1=.250 Tab (9.5mm Length Outcrop)    2=Solder Lug (5.2mm Length Outcrop)
3=.250 Tab (10.5mm Length Outcrop)   4= Solder Lug (6.2mm Length Outcrop)
5=9.5mm Solder Lug

**5. Base Color:**
1=Black   2=White   3=Gray   4=Ivory

**6. Rocker Color:**
**6.1 Clear color**      1=Amber   2=Red   3=Green
**6.2 Opaque color**   4=White   5=Black   6=Red   7=Gray

**7. Marking option:**
0=No marking   1=RESET/OFF with point printed   2=RESET/OFF printed   3=RESET/OFF molded

## Ordering Note:

Some option illustrated below are not listed in the "Ordering Information" chart above. Options denoted by "Special   Order" in their descriptions are only offered on a special order basis. Other base and button colors and intermediate amp ratings are also available on a special order basis. Due to ongoing technological advances, consult factory for certification specifics.

## Terminal Types:



## Marking Options:



# Exhibit 3





## M2 Series
## Rocker-Actuated, Trip-Free
## Thermal Circuit Breaker/ Power Switch
## With Option Indicator Lamp
## Multiple Patent

### Features

- Compact, trip-free, rocker-actuated design.
- 5 to 20 amp ratings.
- Provides circuit protection and power switching in a single unit.
- Available with optional indicator lamp.
- Snaps into the same cutout as many common power switches.
- Various color, marking and termination options.

### Technical data

| Rated voltage | AC 125/250V   DC 50V |
|---|---|
| Rated current | 5~20 A |
| Interrupt Capacity | 1000A   250V (UL1077) |
| Dielectric strength | AC 1500V (1min) |
| Insulation resistance | $\geq$ 100 M$\Omega$, 500VDC |
| Resettable Overload Capacity | Ten times rated current |
| Switch Endurance Cycling | Over 6,000 operations |
| | at rating current |
| Weight: | Approx 9.5g |

### Time vs. Current Trip Curve@+25℃



5~20A Trip Curves

| OVERLOAD | TRIP TIMES |
|---|---|
| 135% | Trip in 1 hour |
| 200% | 3.0~40.0 SEC |
| 300% | 1.2~12.0 SEC |
| 400% | 0.6~5.0 SEC |
| 500% | 0.4~2.8 SEC |
| 600% | 0.3~1.5 SEC |
| 800% | 0.15~0.6 SEC |
| 1000% | 0.10~0.4 SEC |

Trip Curves Are Specified at 25℃/77℉.

### Ambient Compensation Table

| Ambient | Rating Correction Factor | |
|---|---|---|
| Temperature | | |
| In ℃ | 5-6A Models | 7-20A Models |
| 10 | .80 | .80 |
| 20 | .90 | .90 |
| 25 | 1.00 | 1.00 |
| 30 | 1.10 | 1.05 |
| 40 | 1.25 | 1.15 |
| 50 | 1.61 | 1.25 |
| 60 | 2.15 | 1.40 |

The unit is calibrated for an ambient temperature of +25℃.To determine the rated current for a lower or higher ambient temperature, use a correction factor to the left.

### Approval

| Approval & File No. | Rated current range | Rated voltage |
|---|---|---|
| UL   E95802 | 5-20 A | 125/250VAC  50VDC |
| CCC   2003010307097858 | 5-20 A | 125/250VAC |

### Typical Resistance vs. Current Rating @ +25℃

| Current Rating In Amps | Typical Resistance in Ohms | Current Rating In Amps | Typical Resistance in Ohms |
|---|---|---|---|
| 5.0 | 0.05 | 13.0 | 0.020 |
| 7.0 | 0.036 | 15.0 | 0.017 |
| 10.0 | 0.025 | 20.0 | 0.0125 |
| 12.0 | 0.022 | | |

### Mechanical/Environmental Data

Operating Temperature Range:  -10 ℃ to +60 ℃.
Termination:  250"(6.35 mm) quick connects or solder terminals
Mounting: Snaps into 1.122" x. 531" (28.5 X 13.5) panel cutout .

### Outline Dimensions



### Recommended Panel Cutout



Panel Hole

Panel thickness
M2 series circuit breakers accommodate panel thickness from 0.03 in. to 0.118 in.(0.75mm-3.0mm)

 **JOEMEX**

## Ordering Information



**Typical Part No.** ▶ **M2 15- A 1 1 1 1 1**

**1.Model NO:**
M2=M2 Non Illuminated    M2L=Illuminated    M2P =Push to reset

**2.Specify Amp Rating:**
03=3A   04=4A   05=5A   06=6A   ---   16=16A   20=20A

**3.Votage:**
A=125AVC/50VDC    B=250VAC/50VDC

**4. Terminals:**
1=A Type    2=B Type    3=C Type    4=D Type    5=E Type    6=F Type    7=G Type
8=H Type    A=I Type

**5.Base Color:**
1=Black    2=White    3=Gray    4=Ivory    5=Blue

**6.Rocker Color:**
**6.1 Clear color**          1=Amber    2=Red    3=Green    8=Blue
**6.2 6.2 Opaque color**    4=White    5=Black    6=Red    7=Gray

**7.Marking:**
0=No marking    3=RESET/OFF molded    4=RESET/OFF printed    6= RESET/OFF with point printed

**8.Rocker Type:**
1 = OverSize M2O-C    2 = OverSize M2O-B    3 = OverSize M2O-D    4 = OverSize M2O-E

## Ordering Note:

Some option illustrated below are not listed in the "Ordering Information" chart above. Options denoted by "Special   Order" in their descriptions are only offered on a special order basis. Other base and button colors and intermediate amp ratings are also available on a special order basis. Due to ongoing technological advances, consult factory for certification specifics.

## Terminal Types:



## Marking Types:



## Oversize Types:



# Exhibit 4

 **JOEMEX**



## M2D Series
## Rocker-Actuated, Trip-Free
## Thermal Circuit Breaker/ Power
## Switch With Option Indicator Lamp
## Multiple Patent

### Features

- Compact, trip-free, rocker-actuated design.
- 5 to 20 amp ratings.
- Provides circuit protection and power switching in a single unit.
- Available with optional indicator lamp.
- Snaps into the same cutout as many common power switches.
- Various color, marking and termination options.

### Approval

| Approval & File No. | Rated current range | Rated voltage |
|---|---|---|
| UL  E95802 | 5-20 A | 125/250VAC  50VDC |

### Typical Resistance vs. Current Rating @ +25℃

| Current Rating in Amps | Typical Resistance in Ohms | Current Rating in Amps | Typical Resistance in Ohms |
|---|---|---|---|
| 5.0 | 0.05 | 13.0 | 0.020 |
| 7.0 | 0.036 | 15.0 | 0.017 |
| 10.0 | 0.025 | 20.0 | 0.0125 |
| 12.0 | 0.022 | | |

### Technical data

| Rated voltage | AC 125/250V   DC 50V |
|---|---|
| Rated current | 5-20 A |
| Interrupt Capacity | 1000A   250V (UL1077) |
| Dielectric strength | AC 1500V (1min) |
| Insulation resistance | ≥100 MΩ, 500VDC |
| Resettable Overload Capacity | Ten times rated current |
| Switch Endurance Cycling | Over 6,000 operations |
| | at rating current |
| Weight: | Approx 12.7g |

### Mechanical/Environmental Data

Operating Temperature Range:  -10 ℃ to +60 ℃.
Termination:  250"(6.35 mm) quick connects or solder terminals
Mounting: Snaps into 1.122" x. 531" (28.5 X 13.5) panel cutout .

### Outline Dimensions

### Time vs. Current Trip Curve@+25℃



5~20A Trip Curves

| OVERLOAD | TRIP TIMES |
|---|---|
| 135% | Trip in a hour |
| 200% | 3.0~40.0 SEC |
| 300% | 1.2~12.0 SEC |
| 400% | 0.6~5.0 SEC |
| 500% | 0.4~2.5 SEC |
| 600% | 0.3~1.5 SEC |
| 800% | 0.15~0.6 SEC |
| 1000% | 0.10~0.4 SEC |

Load Current As A Percent Of Circuit Breaker Rating

Time In Seconds
Trip Curves Are Specified at 25℃/77°F



### Recommended Panel Cutout



### Ambient Compensation Table

| Ambient Temperature In ℃ | Rating Correction Factor | |
|---|---|---|
| | 5-6A Models | 7-20A Models |
| 10 | .80 | .80 |
| 20 | .90 | .90 |
| 25 | 1.00 | 1.00 |
| 30 | 1.10 | 1.05 |
| 40 | 1.25 | 1.15 |
| 50 | 1.61 | 1.25 |
| 60 | 2.15 | 1.40 |

Panel thickness
M2D series circuit breakers accommodate panel thickness
from 0.03 in. to 0.118 in.(0.75mm-3.0mm)

The unit is calibrated for an ambient temperature of
+25℃.To determine the rated current for a lower or higher
ambient temperature, use a correction factor to the left.

 **JOEMEX**

## Ordering Information



| | **M 2D** | **15-** | **A** | **1** | **1** | **0** | **1** |

**1. Model NO:**
M2D=M2D Non Illuminated    M2DL=Illuminated

**2. Specify Amp Rating:**
05=5A    06=6A --- 16=16A    20=20A

**3. Voltage:**
A=125AVC/50VDC    B=250VAC/50VDC

**4. Terminals:**
1=A Type    2=B Type

**5. Base Color:**
1=Black    2=White    3=Bule

**6. Rocker Color:**
1=light color    2 =Red    3=Orange    4=Blue

**7. Marking option:**
0=No marking    1 = A Type    2 = C Type    3 =D Type

## Ordering Note:

Some option illustrated below are not listed in the "Ordering Information" chart above. Options denoted by "Special   Order" in their descriptions are only offered on a special order basis. Other base and button colors and intermediate amp ratings are also available on a special order basis. Due to ongoing technological advances, consult factory for certification specifics.

## Marking Options:



| No marking | A Type | C Type | D Type |
|---|---|---|---|
| 0 | 1 | 2 | 3 |

## Terminal Types



**Exhibit 5**





### M5 Series          Multiple Patent
### Rocker-Actuated , Trip-Free
### Thermal Circuit Breaker/Power switch
### With Option Indicator Lamp

## Features

- Compact,trip-free, rocker – actuated design.
- 1 to 20 amp ratings.
- Provides circuit protection and power switching in a single unit
- Available with optional indicator lamp
- Snaps into the same cutout as many common power switches
- Various color, marking and termination options.

## Approval

| Approval & File No. | Rated current range | Rated voltage |
|---|---|---|
| CUL(CSA C22.2) | 1-20 A | 125/250VAC  50VDC |
| VDE 60934 | 1-16 A | 250VAC  50VDC |

## Technical data

| | |
|---|---|
| Rated voltage | AC 125/250V  DC 50V |
| Rated current | 1-20 A |
| Interrupt Capacity | 1000A |
| Dielectric strength | 1500VAC/1min |
| Insulation resistance | ≥100 MΩ, 500VDC |
| Resettable Overload Capacity | Six times rated current (1-4A) |
| | Ten times rated current (5-20A) |
| Switch Endurance Cycling | Typically 6,000 operations |
| | at 100% of rating |
| Weight | Approx 10.5g |

## Typical Resistance vs. Current Rating @ +25℃

| Current Rating in Amps | Typical Resistance In Ohms | Current Rating in Amps | Typical Resistance in Ohms |
|---|---|---|---|
| 1.0 | 0.450 | 8.0 | 0.032 |
| 2.0 | 0.200 | 10.0 | 0.025 |
| 3.0 | 0.100 | 12.0 | 0.021 |
| 4.0 | 0.060 | 15.0 | 0.017 |
| 5.0 | 0.050 | 16.0 | 0.016 |
| 6.0 | 0.042 | 20.0 | 0.0125 |
| 7.0 | 0.036 | | |

## Mechanical/Environmental Data

Operating Temperature Range:  -10 ℃ to +60 ℃.

Termination:  250"(6.35 mm) quick connects, solder terminals

Mounting: Snaps into 1.122" x. 531" (28.5 X 13.5) panel cutout .

## Time vs. Current Trip Curve @ +25℃

### 5~20A Trip Curves



Trip Curves Are Specified at 25℃/77°F

### 1~4A Trip Curves



Trip Curves Are Specified at 25℃/77

## Ambient Compensation Table

| Ambient Temperature In ℃ | Rating Correction Factor | |
|---|---|---|
| | 1-6A Models | 7-20A Models |
| 10 | .80 | .80 |
| 20 | .90 | .90 |
| 25 | 1.00 | 1.00 |
| 30 | 1.10 | 1.05 |
| 40 | 1.25 | 1.15 |
| 50 | 1.61 | 1.25 |
| 60 | 2.15 | 1.40 |

The unit is calibrated for ambient temperature of +25℃.
To determine the rated current for a lower or higher ambient
temperature, use correction factor as above .

 **JOEMEX**



**Ordering Information**

Typical Part No. ▶  M5  15-  A  1  1  1  1  A

**1.Model No:**
M5=No Illuminated   M5L=illuminated

**2.Specify Amp Rating:**
01=1A   02=2A---16=16A   20=20 A

**3.Specify Voltage:**
A=125VAC 50VDC   B=250VAC 50VDC

**4.Terminals:**
1=A Type        2=B Type        3=C Type

**5.Base Type & Color:**
1=A Type, Black   2= A Type, White   3= B Type, Black   4= B Type, White
5=B Type, Cool Gray (8C)

**6. Rocker Type & Color:**
1=A Type, Opaque Black
2=A Type, Opaque Red
3=A Type, Opaque Cool Gray (8C)
4=B Type, Opaque Black with clear decorative cover
5=B Type, Opaque Black with red clear decorative cover

**9. Marking Option:**
1=A Type      2=B Type      3=C Type

**10.Note**
A=Base without wing

**Ordering Note:**

    Some option illustrated below may be not listed in the "Ordering Information" chart above. Other base and cover colors and terminal type are also available on a special order basis. Due to ongoing technological advances, We will change this ordering information at fact.

**Marking option:**



| A Type | B Type | C Type |
|---|---|---|
| No Marking On Panel of Base | "RESET/OFF"Printed Mark | "RESET/OFF" Molded Mark |

**Rockor Type:**



| A Type | B Type |
|---|---|
| Standard Rocker | Rocker with decorative cover |

**Terminals Type:**



| A Type | B Type | C Type (For PCB) |
|---|---|---|

**Base Type:**



| A Type | B Type |
|---|---|
| Standard Base | Base With Rib |

# Exhibit 6



  

**MS Series**
**Rocker-Actuated**
**Cycling Trip-Free**
**Thermal Circuit Breaker/ Power Switch**
**With Option Indicator Lamp**
**Multiple Patent**

## Features

- Compact, cycling trip-free, rocker-actuated design.
- 5 to 20 amp ratings.
- Provides circuit protection and power switching in a single unit.
- Available with optional indicator lamp.
- knock-down wing.
- Various color, marking and termination options.

## Technical data

| Rated voltage | AC250(5-16A), AC 125(17-20A) |
| Rated current | 5~20 A |
| Interrupt Capacity | 1000A  250VAC ( UL1077 ) |
| Dielectric strength | AC 1500V (1min) |
| Insulation resistance | ≧100 MΩ, 500VDC |
| Resettable Overload Capacity | Ten times rated current |
| Switch Endurance Cycling | Over 6,000 operations |
| | at rating current |
| Weight: | Approx 9.5g |

## Time vs. Current Trip Curve@+25℃

### 5~20A Trip Curves



Time In Seconds
Trip Curves Are Specified at 25℃/77°F

## Ambient Compensation Table

| Ambient Temperature In ℃ | Rating Correction Factor | |
| | 5-6A Models | 7-20A Models |
|---|---|---|
| 10 | .80 | .80 |
| 20 | .90 | .90 |
| 25 | 1.00 | 1.00 |
| 30 | 1.10 | 1.05 |
| 40 | 1.25 | 1.15 |
| 50 | 1.61 | 1.25 |
| 60 | 2.15 | 1.40 |

The unit is calibrated for an ambient temperature of +25℃.To determine the rated current for a lower or higher ambient temperature, use a correction factor to the left.

## Approval

| Approval & File No. | Rated current range | Rated voltage |
|---|---|---|
| UL\cUL  E95802 | 5-16 A | 125/250VAC |
| CCC  2007010307240052 | 5-16 A | 125/250VAC |

## Typical Resistance vs. Current Rating @ +25℃

| Current Rating in Amps | Typical Resistance in Ohms | Current Rating in Amps | Typical Resistance in Ohms |
|---|---|---|---|
| 5.0 | 0.05 | 13.0 | 0.020 |
| 7.0 | 0.036 | 15.0 | 0.017 |
| 10.0 | 0.025 | 20.0 | 0.0125 |
| 12.0 | 0.022 | | |

## Mechanical/Environmental Data

Operating Temperature Range:  -10 ℃ to +60 ℃.
Termination:  250"(6.35 mm) quick connects or solder terminals
Mounting: Snaps into 1.122" x. 531" (28.5 X 13.5) panel cutout .

## Outline Dimensions





## Recommended Panel Cutout

Panel Hole

1.12
[28.5]

Panel thickness
MS series circuit breakers accommodate panel thickness from 0.031 in. to 0.086 in.(0.8mm-2.2mm)

 **JOEMEX**

## Ordering Information

**Typical Part No.**   M S   15-   A   1   1   1   1-   A   1-   X

**1.Model NO:**
MS= Non Illuminated   MSL=Illuminated

**2.Specify Amp Rating:**
05=5A   06=6A   ---   16=16A   20=20A

**3.Votage:**
A=125AVC   B=250VAC

**4. Terminals:**
1=A Type   2=B Type   3=C Type   4=#1 Terminal/2# Terminal   C Type,#3
Terminal D Type

**5.Base Color:**
1=Black   2= white   3= Hoary   4=deep Gray

**6.Cover Color:**
1=Black   2=Amber   3=Gray

**7. Rocker Color:**
**7.1 Clear color**   1=Clear   2=Red   8=Blue
**7.2 Opaque color**   4= Hoary   5= Black   6= Red   7= deep Gray

**8.Marking:**
A=RESET/OFF molded

**9.Wing:**
1 =With Wings   2=Without Wings

**10.Note:**
X

## Ordering Note:

Some option illustrated below are not listed in the "Ordering Information" chart above. Options denoted by "Special   Order" in their descriptions are only offered on a special order basis. Other base and button colors and intermediate amp ratings are also available on a special order basis. Due to ongoing technological advances, consult factory for certification specifics.

## Terminal Types:



| A Type | B Type | C Type | D Type |

## Marking Types:



| A TYPE |

**ORIGINAL**

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐)<br>TSUNG-MOU YU, an individual | DEFENDANTS<br>JOEMEX ELECTRIC CORP., a Taiwan corporation, JOEMEX ELECTRICS AMERICA, INC., a California corporation |
|---|---|
| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br>SHIMOKAJI & ASSOCIATES, P.C.<br>Michael A. Shimokaji/Larry E. Severin<br>8911 Research Dr., Irvine, CA 92618, (949) 788-9961 | Attorneys (If Known) |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☑ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes   ☐ No     ☐ **MONEY DEMANDED IN COMPLAINT: $** _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
PATENT INFRINGMENT

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS<br>PERSONAL INJURY | TORTS<br>PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty<br>☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☑ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck<br>☐ 650 Airline Regs | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | **IMMIGRATION** | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | ☐ 462 Naturalization Application | | ☐ 690 Other | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 465 Other Immigration Actions | | | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | | | | ☐ 871 IRS-Third Party 26 USC 7609 |

**SACV09-00322 JVS (ANX)**

**FOR OFFICE USE ONLY:**   Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or
   ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
   ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
   ☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Plaintiff - Taipei, Taiwan |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| JOEMEX ELECTRICS AMERICA, INC. - Orange County, California | JOEMEX ELECTRIC CORP. - Taipei, Taiwan |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
   **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County, California | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X.  SIGNATURE OF ATTORNEY (OR PRO PER):   _____   Date   3/13/09

**Notice to Counsel/Parties:**  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings
or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed
but  is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge James V. Selna and the assigned discovery Magistrate Judge is Arthur Nakazato.

The case number on all documents filed with the Court should read as follows:

## SACV09- 322 JVS (ANx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===========================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] **Western Division** | [X] **Southern Division** | [ ] **Eastern Division** |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)        NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY



Michael A. Shimokaji (Bar No. 94797)
Larry E. Severin (Bar No. 223409)
SHIMOKAJI & ASSOCIATES, P.C.
8911 Research Drive
Irvine, CA 92618
(949) 788-9961

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TSUNG-MOU YU, an individual | CASE NUMBER |
| PLAINTIFF(S) | **SACV09-00322 JVS (ANX)** |
| v. | |
| JOEMEX ELECTRIC CORP., a Taiwan corporation, JOEMEX ELECTRICS AMERICA, INC., a California corporation; | |
| DEFENDANT(S). | **SUMMONS** |

TO:  DEFENDANT(S):  JOEMEX ELECTRIC CORP, a Taiwin corporation & JOEMEX ELECTRICS AMERICA, INC., a California corporation

A lawsuit has been filed against you.

Within ___20___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.   The answer or motion must be served on the plaintiff's attorney,  Michael A. Shimokaji _____, whose address is 8911 Research Drive, Irvine, CA 92618 _____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated:  MAR 1 3 2009

By:  A De___

Deputy Clerk

SEAL

FOR OFFICE USE ONLY

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*